### LUCY HURLBURT *v.* DAVID HURLBURT.

A husband appropriated to his own use the whole property of his wife and abandoned her, leaving her without any means of support and refused to provide her any support. This state of circumstances having continued for several months, the court, for this cause, granted a divorce.

THIS was a petition for a divorce from the bonds of matrimony on the ground of the husband refusing to provide

for the wife suitable maintenance, he being of sufficient ability.

The facts were substantially these,—the petitionee being without property married the petitioner on the 11th of April, 1839, who had property to a considerable amount. Upon a misunderstanding arising between them, the husband sold and took pay for all the wife's personal property, amounting to fifteen hundred dollars, and gave a permanent lease of her real estate, and mortgaged the rent, for a number of years, to pay his own debts, and then abandoned the wife, without leaving her the means of support for a single day, and refused to provide her any support. This state of circumstances having contined for many months the court granted the divorce.